### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER RAMIREZ and JONATHAN** | § | |
| **BARNEY, Individually and on behalf of all** | § | |
| **Others similarly situated** | § | |
| | § | |
| **Plaintiffs,** | § | **CIVIL ACTION NO. 2:15-cv-96** |
| | § | |
| **v.** | § | |
| | § | |
| **GE OIL & GAS LOGGING SERVICES, INC.** | § | |
| | § | |
| **Defendant.** | § | |

### ORDER

The Court has considered Defendant GE Oil & Gas Logging Services, Inc.'s Unopposed Motion to Compel Arbitration and Dismiss. The Court is of the opinion that Defendant's Unopposed Motion to Compel Arbitration and Dismiss should be granted.

It is therefore, ORDERED that Plaintiffs shall submit all of their disputes against Defendant in accordance with the terms of Solutions Alternative Dispute Resolution Procedure.

It is further, ORDERED that the Plaintiffs' claims against the Defendant are dismissed with prejudice, except to enforce any arbitration award.

SIGNED, on this ___ day of _3/25/15_, 2015.

_[signature]_

JUDGE PRESIDING