UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHRISTOPHER RAMIREZ, *et al*, § § Plaintiffs, § VS. § GE OIL & GAS LOGGING SERVICES, INC., § § Defendant. § | CIVIL ACTION NO. 2:15-CV-00096 |

# FINAL JUDGMENT

Pursuant to the Court's Order (D.E. 7), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 22nd day of March, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE